UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WESLEY BIRRELL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT W. FOX,<br><br>Defendant. | No. 2:16-cv-1818 JAM CKD P<br><br><br>ORDER |

On October 31, 2018, the court ordered that plaintiffs' counsel, Mr. Paul R. Martin, turn over all material in his possession relevant to this case to plaintiff David Wesley Birrell and file an affidavit with the court indicating he has done so. While it appears from the record that Mr. Martin has turned over case materials to plaintiff Birrell, he has not filed an affidavit with the court.

Accordingly, IT IS HEREBY ORDERED that:

1. If attorney Paul R. Martin has complied with the court's October 31, 2018 order by turning over all material in his possession relevant to this this case to plaintiff David Wesley Birrell, he shall file an affidavit with the court indicating as much within 7 days. If Mr. Martin has not turned over his case materials to plaintiff Birrell, Mr. Martin shall, within 7 days, explain why not.

/////

1

2. Mr. Martin's failure to comply with this order will result in an order that Mr. Martin appear before the court and show cause why monetary sanctions should not issue.

Dated: January 18, 2019

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
birr1818.mtw(2)