UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WESLEY BIRRELL, et al., | No. 2:16-cv-1818 JAM CKD P |
| Plaintiffs, | |
| v. | ORDER |
| ROBERT W. FOX, | |
| Defendant. | |

Plaintiff Birrell has filed a document the court construes as a request for a stay of this action while plaintiffs seek counsel to replace their prior counsel who was permitted to withdraw. No other party has filed an objection to plaintiff Birrell's request. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for a stay (ECF No. 48) is granted;

2. This matter is stayed; and

3. The Clerk of the Court is directed to administratively close this case.

Dated: May 10, 2019

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/bh
birr1818.36