UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WESLEY BIRRELL, et al., | No. 2:16-cv-1818 JAM CKD P |
| Plaintiffs, | |
| v. | ORDER |
| ROBERT W. FOX, | |
| Defendant. | |

On May 10, 2019, this matter was stayed to permit plaintiffs to find replacement counsel for their prior attorney who was allowed to withdraw. No attorney has filed an appearance and plaintiffs have not updated the court as to their efforts to find counsel.

Good cause appearing, IT IS HEREBY ORDERED that, within 21 days, plaintiffs file a status report indicating whether they have obtained counsel and, if not, whether they wish to pursue this matter pro se. Failure to respond to this order will result in a recommendation that this action be dismissed.

Dated: June 29, 2022

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
birr1818.mtw(p)