UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WESLEY BIRRELL, et al., | No. 2:16-cv-1818 KJM CKD P |
| Plaintiff, | |
| v. | ORDER |
| RAYMOND D. JACKSON, SR., et al. | |
| Defendants. | |

Plaintiff Deegan has filed a motion for an extension of time to file a second amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff Deegan's motion for an extension of time (ECF No. 76) is granted; and

2. Plaintiff Deegan is granted thirty days from the date of this order in which to file a second amended complaint. Failure to file a second amended complaint within 30 days will result in a recommendation that plaintiff Deegan be dismissed.

Dated: March 2, 2023

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
birr1818.36