UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WESLEY BIRRELL, et al., | No. 2:16-cv-01818 KJM CKD P |
| Plaintiffs, | |
| v. | ORDER |
| ROBERT W. FOX, et al., | |
| Defendants. | |

On August 4, 2022, the assigned magistrate judge issued findings and recommendations (ECF No. 61) recommending, among other things, that plaintiff Alford be dismissed. On January 17, 2023, the court adopted the recommendation and plaintiff Alford was dismissed. ECF No. 70. On January 27, 2023, plaintiff Alford filed a document in which plaintiff Alford indicates he never received a copy of the magistrate judge's August 4, 2022 findings and recommendations and therefore was never permitted the opportunity to object to dismissal as provided for in the August 4, 2022 findings and recommendations.

/////
/////
/////
/////
/////

1

Good cause appearing, IT IS HEREBY ORDERED:

1. Judgment is vacated with respect to plaintiff Alford.

2. The Clerk of the Court is directed to re-serve the August 4, 2022 findings and recommendations (ECF No. 61) upon plaintiff Alford.

3. Plaintiff Alford is granted 21 days within which to file objections to the August 4, 2022 findings and recommendations. Failure to timely object may result in dismissal of plaintiff from this action.

DATED: March 6, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE