1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DAVID WESLEY BIRRELL, et al.,              No.  2:16-cv-1818 DJC CKD P

12           Plaintiffs,

13      v.                                      ORDER

14   ROBERT W. FOX, et al.,

15           Defendants.

16

17        Plaintiff Alford, the only remaining plaintiff in this action, is proceeding on a claim for

18   injunctive relief under the Eighth Amendment for exposure to harmful substances, including

19   asbestos, against defendant Fox in his official capacity as the Warden of the California Medical

20   Facility.  Defendant Fox has answered.  Discovery commenced some time ago but was never

21   completed.

22        A review of the court's record reveals that defendant Alford no longer resides at the

23   California Medical facility.  This being the case, defendant will be granted 21 days within which

24   to file a motion to dismiss Alford's remaining claim as moot.  See Andrews v. Cervantes, 493

25   F.3d 1047, 1053 n.5 (9th Cir. 2007) (prisoner's claims for injunctive relief generally become moot

26   upon transfer) citing Johnson v. Moore, 948 F.2d 517, 519 (9th Cir. 1991) (per curiam) (holding

27   claims for injunctive relief "relating to [a prison's] policies are moot" when the prisoner has been

28   moved and "he has demonstrated no reasonable expectation of returning to [the prison]").  If

defendant does not file a motion to dismiss, the court will set a schedule for discovery and the filing of pretrial motions.

Accordingly, IT IS HEREBY ORDERED that defendant is granted 21 days within which to file a motion to dismiss plaintiff's remaining claim as moot.

Dated:  June 21, 2023

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
birr1818.mtdm