UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WESLEY BIRRELL, | No. 2:16-cv-1818 DJC CKD P |
| Plaintiff, | |
| v. | ORDER |
| RAYMOND D. JACKSON, SR., et al., | |
| Defendants. | |

On July 12, 2023, defendant filed a motion for judgment on the pleadings. Plaintiff has not opposed the motion. Good cause appearing, IT IS HEREBY ORDERED that within thirty days of the date of this order, plaintiff shall file an opposition or a statement of non-opposition to the motion for judgment on the pleadings. Failure to comply with this order will result in recommendation that this action be dismissed under Federal Rule of Civil Procedure 41(b).

Dated: August 15, 2023

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
birr1818.46osc