UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WESLEY BIRRELL, et al., | No. 2:16-cv-1818 DJC CKD P |
| Plaintiffs, | |
| v. | ORDER |
| ROBERT W. FOX, et al., | |
| Defendants. | |

Plaintiff Alford is a state prisoner proceeding pro se with a civil action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 26, 2023, the Magistrate Judge filed findings and recommendations herein which were served on the remaining parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 26, 2023, are adopted in full; and

2. This action is dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **February 23, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

birr1818.804